GEOFFREY A. NERI (SBN 258802)
Geoff@bnslawgroup.com
ROWENNAKETE P. BARNES (SBN 302037)
kete@bnslawgroup.com
**BROWN, NERI & SMITH LLP**
11766 Wilshire Blvd., Ste. 1670
Los Angeles, California 90025
Tel: (310) 593-9890
Fax: (310) 593-9980

Attorneys for Plaintiff,
Palumbo Design, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PALUMBO DESIGN, LLC, a California limited liability company,

Plaintiff,

vs.

1169 HILLCREST, LLC, a Nevada limited liability company; NEIL MOFFITT, an individual, and DOES 1 through 10, inclusive,

Defendants,

Case No.: 2:15-cv-01899-DSF-VBK

**PLAINTIFF PALUMBO DESIGN LLC'S NOTICE OF RELATED CASE**

[Local Rule 83-1.3.1]

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Palumbo Design, LLC ("Plaintiff") hereby files a notice of related case, pursuant to and as required by Local Rule 83-1.3.1. The related case, filed March 24, 2015, in state court, later removed and currently pending in front of the Hon. Mariana R. Pfaelzer entitled *Skyview Capital, LLC vs. 1169 Hillcrest, LLC* et. al., Case Number 2:15-cv-02321-MRP-VBK is an action arising out of an alleged breach of a purchase agreement for real property located at 1169 N. Hillcrest Rd. ("1169 N. Hillcrest") in the City of Beverly Hills.

The case filed in this Court, filed first on March 13, 2015, is an action related to an alleged fraudulent conveyance, breach of contract, and other related claims arising out of the same property, 1169 N. Hillcrest Rd. Plaintiff alleges that it entered into agreements with Defendants to develop the property at issue and share in the profits after the sale of the developed property. Plaintiff alleges, *inter alia*, that the Defendants fraudulently transferred the property with the intent to cut him out of the sale profits. Plaintiff filed and recorded a lis pendens in connection with this case.

Defendant, 1169 Hillcrest, LLC, is also a Defendant in the case pending before Judge Pfaelzer. Defendant disclosed the existence of the lis pendens to the Plaintiff, Skyview Capital, LLC ("Skyview"), upon receiving an updated title report. Skyview was given 5 days to review it. A notice to perform was issued and Skyview was given 48 hours to accept title with the lis pendens by removal contingencies or cancel the purchase agreement. Skyview filed the related action on March 24, 2015 for specific performance of the purchase agreement for 1169 N. Hillcrest Rd. Skyview filed its action in Los Angeles Superior Court. Defendant has asserted that the purchase agreement was cancelled due to Skyview's failure to remove contingencies in the time allotted by the purchase agreement. Skyview recorded a lis pendens as well.

Defendants in the case pending before Judge Pfaelzer removed the case to federal court and it was assigned to Judge Pfaelzer. One defendant in Judge Pfaelzer's

case, 1169 Hillcrest, LLC, is the same defendant in this case. Plaintiff is informed that Defendant 1169 Hillcrest, LLC intends to file a motion to expunge Skyview's lis pendens in the related case and Plaintiff currently is inclined to join in that motion.

It would be a duplication of labor for two judges to decide this issue. Both lawsuits arise from transactions effecting the same real property. Both Plaintiffs in front of both courts claim some interest in the outcome of the property. Plaintiff is informed that Plaintiff's lis pendens in this case was the reason why Skyview, in the related case, refused to remove contingencies. There will be an overlap of factual and legal issues related to the lis pendens. It would entail substantial duplication of labor if these factual and legal issues were heard and determined by different judges and inconsistent findings and rulings could result.

Date: March 31, 2015

Respectfully submitted,

**BROWN NERI & SMITH LLP**

By: /S/ Geoffrey A. Neri
GEOFFREY A. NERI
ROWENNAKETE P. BARNES

Attorneys for Plaintiff,
Palumbo Design, LLC